## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURY J. HOSTETLER and | ) |
| JERRY HOSTETLER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:06CV3049 |
| | ) |
| KIA MOTORS CORPORATION, and | ) |
| KIA MOTORS AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that plaintiff's motion for substituted service, filing 7, is granted and APS International, Ltd., is authorized to effect service of process on the defendant Kia Motors Corporation in Korea in accordance with the Hague Convention and international law. The Court further grants plaintiffs an extension of a minimum of 480 days to serve defendant Kia Motors Corporation.

SIGNED on this 10th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

**ORDER - SOLO PAGE**