```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

LAURY J. HOSTETLER and        )
JERRY HOSTETLER,              )
                              )
           Plaintiffs,        )           4:06CV3049
                              )
      v.                      )
                              )
KIA MOTORS AMERICA, INC., A   )           ORDER
California Corporation, and   )
KIA MOTORS CORPORATION, a     )
Foreign Corporation,          )
                              )
           Defendants.        )
```

IT IS ORDERED:

Plaintiff's motion to continue deadlines, filing 15, is granted, and the deadline for the parties' response to exercise of jurisdiction by a magistrate judge and the deadline for filing the parties' Rule 26 planning conference report are extended to thirty (30) days following the date that defendant KIA Motors Corporation files an answer or entry of appearance.

DATED this 11th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge