IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURY J. HOSTETLER, et al, ) | Case Number: 4:06CV3049 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| KIA MOTORS AMERICA, INC., et al, ) | |
| ) | |
| Defendants. ) | |

The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 12th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court