```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LAURY J. HOSTETLER and<br>JERRY HOSTETLER, | )<br>)<br>) | |
| Plaintiffs, | ) | 4:06CV3049 |
| v. | )<br>)<br>) | |
| KIA MOTORS AMERICA, INC., and<br>KIA MOTORS CORPORATION, | )<br>)<br>) | ORDER |
| Defendants. | )<br>) | |

IT IS ORDERED:

Plaintiff's motion to file amended complaint, filing 36, is granted and the First Amended Complaint shall be filed forthwith.

DATED this 6th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge