```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LAURY J. HOSTETLER, Wife, and<br>JERRY HOSTETLER, Husband, | )<br>)<br>) | |
| Plaintiffs, | ) | 4:06CV3049 |
| v. | )<br>)<br>) | |
| KIA MOTORS AMERICA, Inc., A<br>California Corporation, and<br>KIA MOTORS, Corporation, a<br>Foreign Corporation, | )<br>)<br>)<br>)<br>) | ORDER |
| Defendants. | )<br>) | |

IT IS ORDERED:

The parties' joint motion to extend stay, filing 99, is granted. The mediation stay is extended to June 3, 2007 to allow the parties an opportunity to pursue a mediated settlement.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge