IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURY J. HOSTETLER and JERRY HOSTETLER, | ) ) ) | 4:06CV3049 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| KIA MOTORS AMERICA, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 103) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and complete record waived.

July 23, 2007                              BY THE COURT:

                                                             *s/Richard G. Kopf*
                                                          United States District Judge